DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MELVIN RAY WHITEHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0048 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |
| v. | AND ORDER |
| MELVIN RAY WHITEHEAD, | Date: September 11, 2006 |
| Defendant. | Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing in the above captioned matter scheduled for August 21, 2006, may be continued to September 11, 2006, at 9:00 a.m.**

This continuance is at the request of defense counsel to provide the parties additional time for plea negotiation and preparation of a plea agreement.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

          McGREGOR W. SCOTT
          United States Attorney

DATED: August 17, 2006         By:  /s/ Kimberly A. Kelly
          KIMBERLY A. KELLY
          Assistant United States Attorney
          Attorney for Plaintiff

DATED:  August 17, 2006        By:  /s/ Stephen Quade
          STEPHEN QUADE
          Attorney for Defendant
          MANDEL WRIGHT

          DANIEL J. BRODERICK
          Federal Defender

DATED: August 17, 2006         By:  /s/ Melody M. Walcott
          MELODY M. WALCOTT
          Assistant Federal Defender
          Attorney for Defendant
          MELVIN RAY WHITEHEAD

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     August 18, 2006**          /s/ Anthony W. Ishii
0m8i78          UNITED STATES DISTRICT JUDGE